**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00228-NYW

LEVI HOLDEN,

    Plaintiff,

v.

KOAA TV CHANNEL 5 & 30, a Colorado corporation,
CORDILLERA COMMUNICATIONS, INC, a Kentucky Corporation,
EVENING POST INDUSTRIES, a South Carolina Corporation,
NBC UNIVERSAL, INC, a New York Corporation, and
COMCAST, a Pennsylvania Corporation,
MATTHEW LEE PRICHARD, individually and in his official capacity as an employee of KOAA TV,
RONALD RAYMOND ECCHER, individually and in his official capacity as an employee of KOAA TV,
ELAINE MICHELLE SHERIDAN a.k.a. ELAINE MICHELLE MEIGS, individually and in her official capacity as an employee of KOAA TV,
CONSTANCE O'NEIL MURPHY, individually and in her official capacity as an employee of KOAA TV,
KELLY ANN DUFFY, individually and in her official capacity as an employee of KOAA TV, and
LISA LYDEN, individually and in her official capacity as an employee of KOAA TV,

    Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

    1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**March 23, 2016 at 9:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  *See* D.C.COLO.LCivR 83.2(b).

2.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before seven days prior to the Scheduling Conference:

**March 16, 2016**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**March 9, 2016**

4. The parties shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before:

**21 days prior to scheduling conference**

Pursuant to Fed. R. Civ. P. 26(d), no discovery will be deemed served until at least the pre-scheduling conference meeting contemplated by Fed. R. Civ. P. 26(f).

5. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before:

**14 days after the pre-scheduling conference meeting**.

DATED: February 16, 2016

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge