# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:16-CV-228</u>

LEVI HOLDEN,

    Plaintiff,

v.

KOAA TV CHANNEL 5 & 30, a Colorado corporation,
CORDILLERA COMMUNICATIONS, INC, a Kentucky Corporation,
EVENING POST INDUSTRIES, a South Carolina Corporation,
NBC UNIVERSAL, INC, a New York Corporation, and
COMCAST, a Pennsylvania Corporation,
MATTHEW LEE PRICHARD, individually and in his official capacity as an employee of     KOAA TV,
RONALD RAYMOND ECCHER, individually and in his official capacity as an employee of   KOAA TV,
ELAINE MICHELLE SHERIDAN a.k.a. ELAINE MICHELLE MEIGS, individually and in  her official capacity as an employee of KOAA TV,
CONSTANCE O'NEIL MURPHY, individually and in her official capacity as an           employee of   KOAA TV,
KELLY ANN DUFFY, individually and in her official capacity as an employee of KOAA TV,
LISA LYDEN, individually and in her official capacity as an employee of KOAA TV.

    Defendants,

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through his counsel, Matthew L. Schneider, hereby gives notice that the above-captioned case is voluntarily dismissed, with prejudice against the defendants.

Dated: 03/16/2016                       Respectfully submitted,

                                        _____
                                        Matthew L. Schneider
                                        102 S. Tejon, Suite 1100
                                        Colorado Springs, CO 80903
                                        Phone: (719)640-2420
                                        E-mail: mlschneiderlaw@gmail.com
                                        Attorney for Plaintiff

CERTIFICATE OF SERVICE

On March 16th 2016, the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was served on the following by U.S. Mail.

KOAA TV
5520 Tech Center Drive,
Colorado Springs, CO 80919

Cordillera Communications, Inc.
134 Columbus St.
Charleston, SC 29403

Evening Post Industries
134 Columbus St.
Charleston, SC 29403

NBC Universal, Inc.
30 Rockefeller Plaza
New York, NY 10112

COMCAST
One Comcast Center
Philadelphia, PA 19103

Lisa Lyden
4240 Reserve Pt.
Colorado Springs, CO 80904

Matthew Lee Prichard
3950 Statnton St.
Colorado Springs, CO 80907

Ronal Raymond Eccher
108 Baylor St.
Pueblo, CO 81005

Elaine Michelle Sheridan
1005 7th St.
Penrose, CO 81240

Constance O'Neil Murphy
10700 State Highway 151
Apt. 1111
San Antonio, TX 78251

Kelly Ann Duffy
12642 Timberglen Ter.
Colorado Springs, CO 80921

_____